PS:KMT
F.#2012R01107

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

OTHNIEL POLANCO,

           Defendant.

- - - - - - - - - - - - - - - - -X

M I S D E M E A N O R
I N F O R M A T I O N
Cr. No.: CR 12-0703
(T. 49, U.S.C.,
§ 46506(1); T. 18,
U.S.C., §§ 113(a)(5) and
3551 et seq.)

**SCANLON, M.J.**

THE UNITED STATES ATTORNEY CHARGES:

<u>ASSAULT</u>

On or about July 9, 2012, on an aircraft in the special aircraft jurisdiction of the United States, to wit: aboard Jet Blue flight 706, which originated in San Juan, Puerto Rico and was bound for John F. Kennedy International Airport in the Eastern District of New York, the defendant OTHNIEL POLANCO did knowingly and intentionally assault John Doe #1, an individual whose identity is known to the United States Attorney, by engaging in sexual contact with John Doe #1 without his permission.

(Title 49, United States Code, Section 46506(1); Title 18, United States Code, Sections 113(a)(5) and 3551 <u>et seq.</u>)

LORETTA E. LYNCH
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: /s/
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. 0.136