## CRIMINAL CAUSE FOR SENTENCING

BEFORE: **VERA M. SCANLON**     DATE: 3/26/13     TIME: 1hr 30mins

DOCKET #: 12cr703 (VMS)

DEFENDANT'S NAME: Othniel Polanco

   X Present     __not present     __Custody     X bail

DEFENSE COUNSEL: Ilissa R. Brownstein

   X Present     _ not present     X CJA     __RET     __FED DEF.

A.U.S.A.: Kevin M. Trowel     COURTROOM DEPUTY: TP

FTR#: 12:12-1:08; 1:20-1:29     INTERPRETER: N/A

X CASE CALLED     _____DEFENDANT(S) FIRST APPEARANCE

DEFENDANT SENTENCED TO:

   60 days IMPRISONMENT

   1 year SUPERVISED RELEASE

   _____ PROBATION

   $10.00 SPECIAL ASSESSMENT

   _____ FINE

   _____ RESTITUTION

SPECIAL CONDITIONS:

SEE JUDGMENT AND CONVICTION ORDER FOR DETAILS ON SPECIAL CONDITIONS